UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SANTIAGO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:22-cv-01307-DAD-HBK<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING THIS ACTION TO DEFENDANT COMMISSIONER<br><br>(Doc. Nos. 16, 17, 23) |

Plaintiff Adrian Santiago Garcia, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying plaintiff's application for benefits under the Social Security Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 11, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment (Doc. No. 16) be granted, defendant's cross-motion for summary judgment (Doc. No. 17) be denied, the defendant Commissioner's decision be reversed, this action be remanded to the defendant Commissioner for further proceedings, and judgment be entered in favor of plaintiff. (Doc. No. 23 at 11.)

1  Specifically, the magistrate judge concluded that the administrative law judge ("ALJ") failed to
2  provide reasons supported by substantial evidence for rejecting the limitation on interaction with
3  the general public opined by agency reviewing physician, Dr. Helen Patterson.  (*Id.* at 6–10.)

4       The pending findings and recommendations were served on the parties and contained
5  notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at
6  11.)  To date, no objections to the findings and recommendations have been filed, and the time in
7  which to do so has now passed.

8       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
9  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
10 findings and recommendations are supported by the record and by proper analysis.

11      Accordingly:

12     1.    The findings and recommendations issued on April 11, 2024 (Doc. No. 23) are
13         adopted in full;

14     2.    Plaintiff's motion for summary judgment (Doc. No. 16) is granted;

15     3.    Defendant's cross-motion for summary judgment (Doc. No. 17) is denied;

16     4.    The defendant Commissioner's decision denying plaintiff's application for
17         benefits is reversed and remanded back to the defendant Commissioner for further
18         proceedings consistent with this order and with the findings and recommendations
19         (Doc. No. 23), including a *de novo* hearing;

20     5.    The Clerk of the Court is directed to enter judgment in favor of plaintiff and close
21         this case.

22 IT IS SO ORDERED.

23 Dated:   **May 7, 2024**                                   /s/ Dale A. Drozd
24                                                   DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE